■ In the Matter of JOHN A. SCHWARTZ, an Attorney, Resignor. [678 NYS2d 538] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH THEODORE PENN, JR., Appellant. [678 NYS2d 543] —Motion to dismiss appeal denied. Memorandum: Defendant's waiver of the right to appeal as part of a negotiated plea agreement "does not foreclose appellate review in all situations" and is not "sufficient to divest the court of subject matter jurisdiction" (*People v Callahan*, 80 NY2d 273, 284). Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.

■ In the Matter of RONALD G., Appellant, v KIMBERLY K., Respondent. In the Matter of KIMBERLY K., Respondent, v RONALD G., Appellant. In the Matter of MEGAN G. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RONALD G., Appellant. [678 NYS2d 541] —Motion for consolidation of appeals and other relief denied. Memorandum: The order entered August 8, 1997 is not a dispositional order that is appealable as of right (*see*, Family Ct Act § 1112 [a]), and the appeals taken from the orders entered October 7, 1997 were deemed abandoned and dismissed on July 13, 1998 (*see*, 22 NYCRR 1000.12 [b]). Appellant may move to vacate the dismissal of those appeals upon submission of an affidavit demonstrating a reasonable excuse for the delay in perfecting the appeals and an intent to perfect the appeals within a reasonable time and setting forth sufficient facts to demonstrate merit to the appeals (*see*, 22 NYCRR 1000.13 [g]). Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Balio, JJ.

■ In the Matter of VERONICA I. and Another, Children Alleged to be Neglected. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANGEL I., Appellant. [678 NYS2d 543] —Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Order of Monroe County Family Court, Miller, J.—Neglect.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.